**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

KA'DEEM COLEMAN         :

    Petitioner         :         CIVIL ACTION NO. 3:18-1074

v.         :         (JUDGE MANNION)

                      :

Warden Mr. BALTAZAR, *et al.*,

                      :

    Respondents

                      :

## ORDER

In accordance with this Court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

1. The petition for writ of habeas corpus (Doc. 1) is **DISMISSED** as moot.

2. The Clerk of Court is directed to **CLOSE THIS CASE**.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: June 30, 2020**
18-1074-01